IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| L.G. JONES III,           § | |
|     Petitioner,     § | |
| § | |
| VS.                       § | CIVIL ACTION NO.4:06-CV-252-Y |
| § | |
| NATHANIEL QUARTERMAN, Director, § | |
| T.D.C.J., Correctional    § | |
| Institutions Division,    § | |
|     Respondent.     § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner L.G. Jones III along with the February 13, 2007, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until March 6, 2007, to file written objections to the findings, conclusions, and recommendation. The Court further extended the objections deadline until March 26, 2007. As of the date of this order, however, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on February 13, 2007. The Court concludes that the petition for writ of habeas corpus should be denied for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are hereby ADOPTED.

L.G. Jones III's petition for writ of habeas corpus is DENIED.

SIGNED April 4, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE